UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20 MJ 8062 SRW |
| | ) | |
| JAMES BLAKEMORE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

The United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and James Redd, Assistant United States Attorney for said District, moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1.      Defendant is charged by complaint with one count of carjacking in violation of Title 18, United States Code, Section 2119 and one count of possessing and brandishing a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c).

2.      Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e) that there are no conditions or combination of conditions that will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3.      Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against defendant, the Defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by Defendant's

release warrant Defendant's detention pending trial.

4.     There is also a serious risk that Defendant will flee. Defendant faces a serious charge in this action, and the investigation is ongoing.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ James Redd*
JAMES REDD, #66172(MO)
Assistant United States Attorney